# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 05 C 4101 | **DATE** | 12/22/2005 |
| **CASE TITLE** | Anagnos vs. Norridge Park District | | |

**DOCKET ENTRY TEXT**

Settlement conference held on 11/23/2005. The parties settled. Pursuant to the Stipulation of Dismissal filed by the parties on 12/15/2005. All matters relating to the referral of this action being resolved, the case is returned to the assigned judge. Terminating case referral.

Docketing to mail notices.
Notice to Judge Andersen.

| | Courtroom Deputy Initials: | SB |
|---|---|---|